**DISMISS; Opinion Filed July 15, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00730-CV**

**IN RE ARTY LOGISTICS & TRANSPORTATION, LLC, Relator**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-08112**

**MEMORANDUM OPINION**

Before Justices Moseley, Francis, and Fillmore
Opinion by Justice Moseley

Relator filed this mandamus proceeding after the trial court ordered it to produce certain portions of its insurer's claim file. On July 10, 2013, the parties notified the Court that they had settled the underlying lawsuit and filed a motion to dismiss this original proceeding. We **GRANT** the motion and **DISMISS** relator's petition for writ of mandamus.

/Jim Moseley/
JIM MOSELEY
JUSTICE

130730F.P05